UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLEN TANNENBAUM<br><br>          Plaintiff,<br><br>     v.<br><br><br>UNIVERSAL MUSIC GROUP, INC.<br><br>          Defendant. | **NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>Case No.: 1:19-cv-4750 |

It is hereby noticed that above in captioned case is voluntarily dismissed without prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: May 28, 2019

*Attorneys for Plaintiff Allan Tanennbaum*